**STATE of Missouri, Respondent,**

v.

**Patricia DIXON, Appellant.**

**No. WD 35130.**

Missouri Court of Appeals,
Western District.

May 22, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 3, 1984.

Application to Transfer Denied Sept. 11, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and SOMERVILLE and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from judgment of conviction of stealing from the person, § 570.030, RSMo 1978, and first-degree assault, § 565.050, RSMo 1978 and sentence to one year's imprisonment for stealing and ten years' for assault (to run consecutively), of the Circuit Court of Jackson County.

Affirmed. Rule 30.25(b).